# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Ronald W. Brown,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| **Jay Dee Taylor and Rocky Mountain** | § | |
| **Chocolate Factory, Inc.** | § | |
| *Defendants*. | § | |

## LIST OF ALL COUNSEL OF RECORD

**Plaintiff Ronald W. Brown:**

John W. Ghezzi (john@ghezzilawfirm.com)
THE GHEZZI LAW FIRM, PLLC
32731 Egypt Lane, Suite 704
Magnolia, TX 77354


**Defendant Rocky Mountain Chocolate Factory, Inc.:**

Tracy Wolf
State Bar No. 24004994
S.D. Tex. Bar No. 625236
Tracy.Wolf@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Tel: (214) 722-7100
Fax: (214) 722-7111